No. 82–6444.   RAY *v.* DEPARTMENT OF THE NAVY ET AL.
Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.
Treating the papers whereon the appeal was taken as a peti-
tion for writ of certiorari, certiorari denied.

No. —— – ——.   SAMPSON *v.* COMMITTEE ON PROBATION.
Motion to direct the Clerk to file the petition for writ of cer-
tiorari out of time denied.

No. —— – ——.   BOLAND & CORNELIUS, INC., ET AL. *v.*
CHESAPEAKE & OHIO RAILWAY CO. ET AL.   Motion to direct
the Clerk to file the petition for writ of certiorari out of time
denied.

No.  A–843.   MARCELLO ET AL. *v.* UNITED STATES.
Application to recall and stay the mandate of the United
States Court of Appeals for the Fifth Circuit, addressed to
JUSTICE BRENNAN and referred to the Court, denied.

No. D–288.   IN RE DISBARMENT OF LIEBERMAN.   Dis-
barment entered.   [For earlier order herein, see 458 U. S.
1127.]

No. D–296.   IN RE DISBARMENT OF COLEMAN.   Disbar-
ment entered.   [For earlier order herein, see 459 U. S. 939.]

No. D–301.   IN RE DISBARMENT OF BONNIN.   Disbar-
ment entered.   [For earlier order herein, see 459 U. S. 985.]